MILDRED F. SHAW, Respondent, v. PETER W. SHAW, Appellant. (Appeal No. 2.)

No opinion.

Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

JOHN E. SMITH, Respondent, v. MURRAY BORUSHIK et al., Appellants.—

No opinion.

Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

BEN TUCKER, Doing Business as HUDSON BAY FUR COMPANY, Appellant, v. JOSEPH HONIGMAN et al., Doing Business as HUDSON CANADIAN FUR COMPANY, et al., Respondents.—

No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Lewis, JJ.

BENJAMIN B. WESLEY, Appellant, v. BEATRICE BACH, Defendant, and NINTH FEDERAL SAVINGS AND LOAN ASSOCIATION OF NEW YORK CITY et al., Respondents.—

No opinion.

Present — Hagarty, Carswell, Johnston, Taylor and Lewis, JJ.

## (October 27, 1943.)

In the Matter of the Application of FREDERICK FULLER MACK for Admission to Practice as an Attorney. (From the State of Connecticut.)

Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of the Application of MATTHEW A. McLAUGHLIN, JR., for Admission to Practice as an Attorney. (From the State of South Carolina.) — Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of the Application of ROBERT EUGENE MURPHY for Admission to Practice as an Attorney. (From the State of Ohio.)

Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of the Application of EMIL SEERUP for Admission to Practice as an Attorney. (From the State of Illinois.) Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.